KEVIN SCHWIN (State Bar No. 262595)
LAW OFFICE OF KEVIN SCHWIN
1220 E. Olive Ave.
Fresno, California 93728
Telephone: (559) 715-2889
Facsimile: (559) 221-6812

Attorney for Plaintiff
GRACIE ZAPATA

MICHAEL E. WILBUR (State Bar No. 152361)
ANDREA BEDNAROVA (State Bar No. 250709)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile: (510) 763-5952

Attorneys for Defendant

THE NEIL JONES FOOD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIE ZAPATA, an individual,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>THE NEIL JONES FOOD CO., a Corporation; and Does 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 1:14−CV−02027−EPG<br><br>Date Action Filed: October 28, 2014<br><br>**JOINT STIPULATION REGARDING EXTENSION OF SUMMARY JUDGMENT HEARING DATES; ORDER**<br><br>Trial Date: October 18, 2016<br>Time:　　 9:00 a.m.<br>Courtroom: 10<br>Judge: Hon. Erica P. Grosjean<br>Action Filed: October 28, 2014 |

1

GRACIE ZAPATA V. THE NEIL JONES FOOD COMPANY
1:14−CV−02027−EPG

**STIPULATION**

WHEREAS, on February 26, 2016, the Parties each filed their own respective Motions for Summary Judgment, or in the Alternative, Summary Adjudication;

WHEREAS, the Parties' respective Motions for Summary Judgment were originally set for hearing on March 25, 2016 at 10:00 a.m. in Courtroom 10, Hon. Erica P. Grosjean, presiding;

WHEREAS, the Court issued a minute order [Docket #19] on March 21, 2016 continuing the hearing on the Parties' respective Motions for Summary Judgment to April 8, 2016 at 11:00 a.m. in Courtroom 10, Hon. Erica P. Grosjean, presiding;

WHEREAS, Plaintiff's Counsel is not available on April 8, 2016 to appear at the hearing, and has filed a Notice of Unavailability [Docket #20];

WHEREAS, the Parties have met and conferred in an effort to come to a mutually agreeable date and time for the hearings on their respective Motions for Summary Judgment;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties through their undersigned counsel of record that:

1. The hearings on the Parties' respective Motions for Summary Judgment shall go forward on May 6, 2016 at 10:00 a.m. in Courtroom 10 of the United States District Court for the Eastern District of California, Fresno Division, Hon. Erica P. Grosjean, presiding.

Date:  March 30, 2016                                       FOSTER EMPLOYMENT LAW

                                                             /s/   Michael E. Wilbur
                                                            MICHAEL E. WILBUR
                                                            ANDREA BEDNAROVA
                                                            Attorneys for Defendant

Date:  March 30, 2016                                       LAW OFFICE OF KEVIN SCHWIN

                                                             /s/   Kevin Schwin
                                                            KEVIN SCHWIN
                                                            Attorney for Plaintiff

2

GRACIE ZAPATA V. THE NEIL JONES FOOD COMPANY
1:14−CV−02027−EPG

**ORDER**

Based on the above stipulation between the parties, the Court continues the hearing on the parties' Motions for Summary Judgment (ECF Nos. 12, 13), currently set for April 8, 2016 at 11:00 a.m., to **May 6, 2016** at **10:00 a.m.**

IT IS SO ORDERED.

Dated:   **April 4, 2016**               /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE