KEVIN SCHWIN (State Bar No. 262595)
LAW OFFICE OF KEVIN SCHWIN
1220 E. Olive Ave.
Fresno, California 93728
Telephone:  (559) 715-2889
Facsimile: (559) 221-6812

Attorney for Plaintiff
GRACIE ZAPATA

MICHAEL E. WILBUR (State Bar No. 152361)
ANDREA BEDNAROVA (State Bar No. 250709)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile:  (510) 763-5952

Attorneys for Defendant
THE NEIL JONES FOOD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIE ZAPATA, an individual, | Case No. 1:14-CV-02027-EPG |
| Plaintiff, | Date Action Filed:  October 28, 2014 |
| vs. | |
| THE NEIL JONES FOOD CO., a Corporation; and Does 1 through 10, inclusive, | **ORDER RE: MEDIATION AND DEFERRAL OF ISSUING A RULING ON THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT UNTIL AFTER THE PARTIES HAVE COMPLETED MEDIATION** |
| Defendants. | |
| | **Trial Date:**         **October 18, 2016**<br>**Action Filed:**       **October 28, 2014** |

Pursuant to the parties' stipulation and joint request filed on June 6. 2016 (Doc. 36), the Court orders as follows:

1. The parties shall engage in private mediation;

2. The parties shall *promptly* notify the Court of the date on which the mediation will occur or alternatively, by **June 24, 2016,** the parties shall file a joint status report outlining what attempts at securing a mediation date have been made;

3. The Court will defer issuing any ruling on either of the pending motions for summary judgment/summary adjudication until after the parties have notified the Court that they have completed mediation.

4. In light of this stipulation, as well as the Court's previous order extending various deadlines including the expert discovery deadline until September 30, 2016 (Doc. 35), the pre-trial conference that is currently set for August 18, 2016 at 11:00 a.m., and the trial set for October 18, 2016 at 9:00 a.m. are vacated.  The other deadlines will remain in place until the parties advise the Court of the anticipated mediation date.

IT IS SO ORDERED.

Dated:   **June 6, 2016**                              /s/ *Erica P. Grosjean*
                                                 UNITED STATES MAGISTRATE JUDGE