KEVIN SCHWIN (State Bar No. 262595)
LAW OFFICE OF KEVIN SCHWIN
1220 E. Olive Ave.
Fresno, California 93728
Telephone: (559) 715-2889
Facsimile: (559) 221-6812

Attorney for Plaintiff
GRACIE ZAPATA

MICHAEL E. WILBUR (State Bar No. 152361)
ANDREA BEDNAROVA (State Bar No. 250709)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile: (510) 763-5952

Attorneys for Defendant

THE NEIL JONES FOOD COMPANY

FILED
FEB 0 2 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIE ZAPATA, an individual,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>THE NEIL JONES FOOD CO., a Corporation; and Does 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 1:14-CV-02027---EPG<br><br>Date Action Filed: October 28, 2014<br><br>**JOINT STIPULATION REGARDING EXTENSION OF PRE-TRIAL CONFERENCE**<br><br>Trial Date: April 25, 2017<br>Time:　　9:00 a.m.<br>Courtroom: 10<br>Judge: Hon. Erica P. Grosjean<br>Action Filed: October 28, 2014 |

1

GRACIE ZAPATA V. THE NEIL JONES FOOD COMPANY
1:14-CV-02027----EPG

1 **STIPULATION**

2  WHEREAS, this Matter is currently set for a Pre-Trial Conference on February 23, 2017 at
3  10:00 am in Courtroom 10, Hon. Erica P. Grosjean, Presiding.

4  WHEREAS, the Parties hereto desire to attend a Settlement Conference with the Court in the
5  hopes this matter can be resolved prior to spending time and money preparing for the Pre-Trial
6  Conference;

7  WHEREAS, the Parties appeared for a Status Conference on January 25, 2017 and the Court
8  indicated willingness to entertain a stipulation to move the Pre-Trial Conference date to allow adequate
9  time for scheduling of a Settlement Conference;

10  WHEREAS, the Court issued a minute order [Docket #49] on January 25, 2017 directing the
11  Parties to email chambers with proposed dates for a Settlement Conference;

12  WHEREAS, Defendant's Counsel emailed a list of proposed dates for a Settlement Conference
13  to chambers on January 27, 2017;

14  WHEREAS, the Settlement Conference has been set for February 15, 2017;

15  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AND JOINTLY
16  REQUESTED by the parties through their undersigned counsel of record that:

17  1.  The Pre-Trial Conference set for February 23, 2017 at 10:00 am in Courtroom 10 be
18  vacated.

19  2.  The Parties be ordered to appear for a Pre-Trial Conference on March 23, 2017 at ~~10:00~~ 11:00
20  am in Courtroom 10, or as soon thereafter as the Court is available, should this Matter not be resolved
21  prior to that time.

22  3.  The Parties shall submit a joint Pre-Trial Conference statement to be efiled on CM/ECF
23  with a Microsoft Word version to be emailed to epgorders@caed.us.courts.gov at least 7 calendar days
24  prior to the new Pre-Trial Conference date, pursuant to Local Rule 281.

25  4.  In the event this Matter is resolved at any time, Plaintiff's Counsel shall immediately
26  notify the Court.

27

2

28  GRACIE ZAPATA V. THE NEIL JONES FOOD COMPANY
    1:14-CV-02027—EPG

IT IS SO STIPULATED

Date: January 31, 2017                         FOSTER EMPLOYMENT LAW


                                               /s/ Michael Wilbur
                                               MICHAEL E. WILBUR
                                               ANDREA BEDNAROVA
                                               Attorneys for Defendant

Date: January 31, 2017                         LAW OFFICE OF KEVIN SCHWIN


                                               /s/ Kevin Schwin
                                               KEVIN SCHWIN
                                               Attorney for Plaintiff

IT IS SO ORDERED

Date:  2/2  2017                               _E.P._____
                                               United States Magistrate Judge

---

GRACIE ZAPATA V. THE NEIL JONES FOOD COMPANY
1:14-CV-02027-EPG

3